IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **YEFRI MEDRANO and NORMA MORENO,** § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> **BAC HOME LOANS SERVICING, LP** § <br> *formerly known as Countrywide Home* § <br> *Loans Servicing, LP*, § <br> Defendant. § | No. 3:10-CV-02565-M (BF) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Defendant's Motion for Summary Judgment (doc. 53) is granted and Plaintiff's claims against Defendant are dismissed with prejudice. Additionally, Plaintiffs' Motion to Dismiss Without Prejudice (doc. 58) is denied and the Clerk of Court is instructed to term Plaintiffs' Motion to Withdraw as Attorney (doc. 63), as the motion is moot.

**SO ORDERED** this 19th day of September, 2012.

*/s/ Barbara M. G. Lynn*
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS